```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW G. MORRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2771
```



FILED
APR 1 8 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEALED APPLICATION AFFIDAVIT IN THE MATTER OF THE SEARCH LOCATED AT 6913 HOLLYBROOK DRIVE, SACRAMENTO, CA 95823; | CR. NO. 2:12-SW-0183 GGH<br><br>APPLICATION FOR ORDER UNSEALING THE APPLICATION AND AFFIDAVIT IN SUPPORT OF SEARCH WARRANT; (PROPOSED) ORDER |

TO THE HONORABLE GREGORY G. HOLLOWS, UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Matthew G. Morris, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent;

1. On April 13, 2012, this Court issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. On April 13, 2012, federal agents executed the search warrant at the above-captioned address.

3. It is in the interests of the public and the administration of justice to unseal the application and affidavit in this case, and there exists no further law enforcement need for the case to remain

under seal.

THEREFORE, your petitioner prays that the aforesaid application and affidavit be unsealed and made part of the public record.

DATED: April 18, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant U.S. Attorney

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:12-SW-0183 GGH be unsealed and made part of the public record.

Dated: April 18, 2012

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge